KAREN L. LOEFFLER
United States Attorney

STEPHANIE C. COURTER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: Stephanie.Courter@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) | COUNT 1: |
| | ) | CONSPIRACY TO DISTRIBUTE |
| v. | ) | AND POSSESS WITH THE |
| | ) | INTENT TO DISTRIBUTE |
| BRENDA SUE COX | ) | HEROIN AND |
| | ) | METHAMPHETAMINE |
| Defendant. | ) | Vio. 21 U.S.C. §§ 846, |
| | ) | 841(a)(1), (b)(1)(A), and (b)(1)(C) |
| | ) | |
| | ) | COUNT 2: |
| | ) | ATTEMPTED POSSESSION |
| | ) | WITH INTENT TO DISTRIBUTE |
| | ) | METHAMPHETAMINE |
| | ) | Vio. of 21 U.S.C. §§ 846, |
| | ) | 841(a)(1), (b)(1)(A) |
| | ) | |
| | ) | COUNT 3: |
| | ) | POSSESSION WITH INTENT TO |
| | ) | DISTRIBUTE HEROIN |
| | ) | Vio. of 21 U.S.C. § 841(a)(1), |
| | ) | (b)(1)(C) |

# **I N D I C T M E N T**

The Grand Jury charges that:

INTRODUCTORY ALLEGATIONS:

At all times relevant to this Indictment:

1. The defendant, BRENDA SUE COX ("COX"), worked as a contract employee for the United States Postal Service, delivering mail in the area of Wasilla, Alaska.

2. Defendant COX was the sole registered owner and was an occupant of the residence located at 1441 Pioneer Peak Drive in Wasilla, Alaska.

3. Between on or about August 13, 2012 and October 11, 2012, approximately twelve separate Express Mail packages were sent to defendant COX's residence from "Car Audio Plus" or "Car Plus A1," businesses purportedly located at various addresses on East Valley Boulevard or Valley Boulevard in La Puente or West Covina, California. All of the packages were mailed to the defendant from the same post office in City of Industry, California.

4. There was not a business by the name of "Car Audio Plus" or "Car Plus A1" located at any of the addresses listed on the Express Mail labels of the packages that were shipped to defendant COX's residence.

## COUNT 1:

5. Beginning at a date uncertain, but by at least on or about October 9, 2012, and continuing until at least on or about October 11, 2012, both dates being approximate and inclusive, in the District of Alaska and elsewhere, the defendant BRENDA SUE COX, together with other co-conspirators known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute and to possess with the intent to distribute controlled substances, to wit:

   a. 50 grams or more of actual methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and

   b. A mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All of which is in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A) and (b)(1)(C).

## COUNT 2:

6. On or about October 11, 2012, within the District of Alaska, the defendant, BRENDA SUE COX, did knowingly and intentionally attempt to possess with the intent to distribute 50 grams or more of actual methamphetamine.

All of which is in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A).

COUNT 3:

7. On or about October 11, 2012, within the District of Alaska, the defendant BRENDA SUE COX did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin.

All of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephanie C. Courter
STEPHANIE C. COURTER
United States of America
Assistant U.S. Attorney

s/ Kevin Feldis for:
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: 7/17/13