AO 4?? ?????nt for ?est 

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

**RECEIVED**

JUL 2 2 2013

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

2013 JUL 1? ?? ?? ?7

UNITED STATES OF AMERICA

V.

BRENDA SUE COX

**ORIGINAL**

To:     The United States Marshal
        and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 3:13-cr-00081-SLG-JDR
USMS-D/ALASKA-WARRANTS
FID#_____13434 91_____
WARRANT #__1306-0719-0870-5__
Entered NCIC_____

Entered APSIN_____

Removed NCIC_____
Removed APSIN_____

   YOU ARE HEREBY COMMANDED to arrest Brenda Sue Cox and bring him or her forthwith to
the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Conspiracy to Distribute and Possess with the Intent to
Distribute Heroin and Methamphetamine; Attempted Possession with Intent to Distribute
Methamphetamine; Possession with intent to Distribute Heroin

in violation of Title 21 United States Code, Section(s) 846,841(a)(1),(b)(1)(A) and (b)(1)(C); 21:846,
841(a)(1), (b)(1)(A); 21:841(a)(1), (b)(1)(C).

Marvel Hansbraugh_____
Name of Issuing Officer

by   REDACTED SIGNATURE _____ Deputy Clerk
Signature of Issuing Officer

_Clerk of Court_____
Title of Issuing Officer

_July 18, 2013 Anchorage, AK_____
Date and Location

Bail Fixed at $ TO BE DETERMINED_____

by _ JOHN D. ROBERTS, U.S. Magistrate Judge_

### EXECUTED ON WRIT

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: _____ |
| ANCHORAGE ,AK |

| DATE RECEIVED 7/18/2013 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/19/2013 | USMS | REDACTED SIGNATURE |